**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-7520**

———————————

JAMES DAVID DARNELL; ROBERT CALVIN CRAIG, JR.;
LUTHER BREWER HEATH,

Plaintiffs - Appellants,

versus

MARVIN SPARROW; FRANKLIN FREEMAN; JAMES B.
HUNT; MIKE F. EASLEY; MARGARET RUSS; CLIFF
DAVENPORT, Doctor; CUMBERLAND COUNTY; RICHARD
TAYLOR,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-95-623-5-H)

———————————

Submitted:  April 15, 1996                    Decided:  May 7, 1996

———————————

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

James David Darnell, Robert Calvin Craig, Jr., Luther Brewer Heath, Appellants Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order denying relief on their 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Darnell v. Sparrow, No. CA-95-623-5-H (E.D.N.C. Sept. 8, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion for appointment of counsel and the petition for certified questions are denied.

AFFIRMED

2